September 17, 1982
450 A.2d 1057

Bognar v. Bognar, Appellant.

Submitted December 14, 1981.   John P. Karoly, Jr., for appellant;  April L. Cordts, for appellee.

Before WICKERSHAM, BECK and POPOVICH, JJ.

Order affirmed.